IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JAMES R. HESTER, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | |
| BELL-TEXTRON, INC., | § § § | Civil Action No. 4:20-cv-00514-P |
| Defendant. | § § § § | |

**FINAL JUDGMENT**

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Order dismissing the case (ECF No. 13):

It is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED with PREJUDICE**.

The Clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **13th day** of **October, 2020**.



Mark T. Pittman
UNITED STATES DISTRICT JUDGE