**FILED**
**September 15, 2021**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 23, 2021
Lyle W. Cayce
Clerk

No. 20-11140

JAMES R. HESTER,

*Plaintiff—Appellant,*

*versus*

BELL-TEXTRON, INCORPORATED.,

*Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:20-CV-514-P

_____

Before DENNIS and ENGELHARDT, *Circuit Judges*, and HICKS,* *Chief District Judge*.

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

---

* Chief District Judge for the Western District of Louisiana, sitting by designation.

No. 20-11140

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED and REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that defendant-appellee pay to plaintiff-appellant the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on Sep 14, 2021

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**